**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**John Scott VANROMPAEY, also known as Scottie, Defendant–Appellant.**

**No. 11–20737**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 9, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

John Scott Vanrompaey, Talladega, AL, pro se.

Before JONES, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent John Scott Vanrompaey has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Vanrompaey has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.